IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO ANTHONY GUIRLANDO                                     PLAINTIFF

v.                               Civil No. 1:20-cv-01046

DONALD J TRUMP; WILLIAM BARR; M. D.
CARVAJAL; ADAM COHEN; SGT. WILLIAMS,
Warden; and CAPTAIN RICHARD MITCHAM                         DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff, Marco Anthony Guirlando, pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Dismiss Case.  (ECF No. 28).  On September 18, 2020, the United States District Court for the District of Columbia transferred this case to the Western District of Arkansas, El Dorado Division.  (ECF No. 21).  On October 14, 2020, this Court entered an order directing Plaintiff to file an Amended Complaint by November 3, 2020 and submit a completed application to proceed *in forma pauperis* ("IFP") by November 3, 2020.  (ECF No. 25).[1]  On November 2, 2020 Plaintiff filed the instant motion stating, "The Plaintiff, Marco Guirlando, in the above entitled case hereby withdraws the complaint and ask the Court to dismiss the suit without prejudice."  (ECF No. 28).

The Federal Rules of Civil Procedure allow a Plaintiff to dismiss an action by Court order on "terms that the Court considers proper."  Fed. R. Civ. P. 41(a)(2).  Such dismissal under Rule 41(a)(2) is without prejudice unless the Court specifically orders to the contrary.  *Id.*

Upon consideration, the Court finds that good cause has been shown for the motion.  The Clerk is DIRECTED to treat Plaintiff's motion (ECF No. 28) as a notice of voluntary dismissal of

---

[1] This order also directed the Clerk to sever Jason Parmeley's – another plaintiff who resided in Illinois at the time the Complaint was filed - claims and transfer them to the United States District Court in Illinois.  (ECF No. 25, p. 3).

his claims against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss the claims against Defendants without prejudice.

Accordingly, Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41 (a)(2) against all Defendants.

**IT IS SO ORDERED**, this 9th day of November, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge